UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN DELOACH,

        Plaintiff,

vs.
        Case No. 09-CV-14087
        HON. GEORGE CARAM STEEH

CONNECTICUT GENERAL
LIFE INSURANCE COMPANY,

        Defendant.

_____/

## ORDER OVERRULING PLAINTIFF'S OBJECTION (#6)

This is an ERISA action in which plaintiff Glen DeLoach seeks recovery of long term disability income benefits which was removed to federal court on October 15, 2009. Pursuant to the court's scheduling order, defendant Connecticut General Life Insurance Company filed a sealed administrative record on November 6, 2009. On December 3, 2009, plaintiff DeLoach filed an objection that the seven-volume administrative record does not contain the controlling plan documents. (# 6). Defendant did not file a response to the objection. DeLoach filed his motion to reverse the denial of long term disability income benefits on March 26, 2010. Within the motion, DeLoach refers to "[t]he applicable A&P Plan language" at Administrative Record, page 1127. See Plaintiff's March 26, 2010 Motion to Reverse, at 12. DeLoach does not argue in his motion that the Administrative Record lacks the controlling plan documents. Accordingly,

DeLoach's December 3, 2009 objection is hereby OVERRULED. DeLoach is not, however, precluded from arguing in his reply brief, with supporting documentation, the plan

documents he believes were not included in the Administrative Record.

SO ORDERED.

Dated: April 1, 2010

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 1, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk