UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN DELOACH,

        Plaintiff,

Case No. 09-CV-14087

v.

HON. GEORGE CARAM STEEH

THE GREAT ATLANTIC & PACIFIC
TEA COMPANY LTD PLAN and
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

        <u>Defendants.</u>
_____/

ORDER GRANTING RELIEF TO PLAINTIFF
FOLLOWING SHOW CAUSE HEARING [#33]

On February 3, 2011, the court held a hearing on plaintiff's motion to show cause why defendants should not be held in contempt for failing to comply with order for payment of costs and attorney fees. Counsel for the parties appeared and argued at the hearing.

After consideration of the arguments presented in the briefs and at the hearing, and for the reasons stated on the record, the court orders that the plan and its administrator pay the attorney fees as previously ordered and pay the additional $3,750.00 attorney fees requested by plaintiff's counsel during the hearing. Defendants shall comply with the terms of this order on or before February 15, 2011, unless a contrary ruling is obtained from the United States Bankruptcy Court for the Southern District of New York in A&P's bankruptcy case before February 15, 2011.

        SO ORDERED.

Dated: February 4, 2011        /s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 4, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk